IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-039 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| DEION BEEBE, | : | 18 U.S.C. § 111(A)(1) |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2921.331(A) |
| | : | O.R.C. § 2921.33(A) |
| | : | O.R.C. § 4511.21(C) |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

### (18 U.S.C. § 111(A)(1))

On or about January 7, 2021, in the Southern District of Ohio, on Wright Patterson

Air Force Base, the Defendant, **DEION BEEBE**, did forcibly assault, resist, oppose, impede,

intimidate, and interfere with a person designated in section 1114 of Title 18 of the United

States Code while that person, an individual with the initials "J.P.," was engaged in and on

account of the performance of official duties.

In violation of 18 U.S.C. § 111(A)(1).

## COUNT 2

### (18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A))

On or about January 7, 2021, at Wright-Patterson Air Force Base, in the Southern

District of Ohio, within the special maritime and territorial jurisdiction of the United States,

on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **DEION BEEBE**, did fail to comply with a lawful order and direction of a police officer invested with authority to direct, control, and regulate traffic.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A).

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.33(A))

On or about January 7, 2021, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **DEION BEEBE**, did recklessly and by force resist and interfere with his lawful arrest.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.33(A).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.21(C))

On or about January 7, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **DEION BEEBE**, did operate a motor vehicle in excess

of the posted speed limit, to wit: 50 miles per hour in a 35 miles per hour zone.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.21(C).

VIPAL J. PATEL
Acting United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney