IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,                              Case 3:21-cr-39

     -vs-                                    Magistrate Judge Newman

Deion Bebee,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Failure to Comply with an Officer, in violation of the O.R.C., Section 2921.331(A), made in Count 2 of the Information, is hereby AMENDED to charge Disorderly Conduct in the Presence of Law Enforcement, a fourth degree misdemeanor, in violation of O.R.C. Section 2917.11(A)(5).

IT IS SO ORDERED.

Date: 7/27/21

_____
Assistant United States Attorney

_____
Sharon L. Ovington
United States Magistrate Judge